IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRISTIN LAAK; and PAULINO
ARGEAGA,

        Plaintiffs,

1:11-cv-3105-CL

v.

**ORDER**

RECONTRUST COMPANY,

        Defendant.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#18), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir.

1 - ORDER

1983). I conclude the Report is correct.

I adopt Magistrate Judge Clarke's Report and Recommendation (#18). Plaintiff's Bill of Costs (#12) and Motion for Fees (#11) are DENIED.

IT IS SO ORDERED.

DATED this **29** day of June, 2012.

*Owen M Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER